PATRICIA J. MASTRANDO, PLAINTIFF, AND ALEXANDER
MASTRANDO, PLAINTIFF–MOVANT, v. THE COUNTY OF
GLOUCESTER, ET AL., DEFENDANTS–RESPONDENTS.

January 13, 1999.

Leave to appeal is granted, and the matter is summarily re-
manded to the Appellate Division for consideration of the appeal
on the merits.

Jurisdiction is not retained.

725 A.2d 1124

PATRICIA J. MASTRANDO, PLAINTIFF–MOVANT, AND ALEXAN-
DER MASTRANDO, PLAINTIFF, v. THE COUNTY OF GLOU-
CESTER, ET AL., DEFENDANTS–RESPONDENTS.

January 13, 1999.

Leave to appeal is granted, and the matter is summarily re-
manded to the Appellate Division for consideration of the appeal
on the merits.

Jurisdiction is not retained.